UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES MASQUEDA SERRANO,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT RUDAS, *et al*.,<br><br>   Defendants. | Case No. 1:22-cv-00950-BAK (HBK) (PC)<br><br>ORDER FINDING PLAINTIFF'S SECOND APPLICATION TO PROCEED *IN FORMA PAUPERIS* MOOT<br><br>(Doc. No. 13) |

    Plaintiff Andres Masqueda Serrano previously filed an application to proceed *in forma pauperis* ("IFP"), which the Court granted on August 26, 2022.  (Doc. Nos. 11, 12).  Plaintiff has unnecessarily filed a second IFP application on August 31, 2022.  (Doc. No. 13).

    Accordingly, the Court finds Plaintiff's IFP application filed on August 31, 2022 (Doc. No. 13) is moot.

Dated:   September 1, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE