UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES MASQUEDA SERRANO,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT RUDAS, et al.,<br><br>  Defendants. | Case No.: 1:22-cv-00950-KES-CDB<br><br>**ORDER RESETTING REMAINING DISCOVERY DEADLINES**<br><br>**Discovery Deadline: 9/29/2025**<br><br>**Dispositive Motion Deadline: 12/1/2025** |

Plaintiff Andres Masqueda Serrano is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

I. **RELEVANT BACKGROUND**

On July 10, 2024, this Court issued its Discovery and Scheduling Order. (Doc. 29.)

On November 19, 2024, Defendant Rudas filed a partial motion for summary judgment alleging Plaintiff failed to exhaust his administrative remedies concerning Plaintiff's specific allegation that Rudas failed to provide adequate medical care. (Doc. 39.) Plaintiff opposed (Doc. 47) and Defendant replied (Doc. 48-2).

On May 22, 2025, the undersigned issued Findings and Recommendations to Grant Defendant's Partial Motion for Summary Judgment. (Doc. 52.)

On July 28, 2025, District Judge Kirk E. Sherriff issued his Order Adopting Findings and Recommendations and Granting Defendant's Partial Motion for Summary Judgment. (Doc. 53.)

As a result, this action proceeds on Plaintiff's specific claim that Defendant Rudas was deliberately indifferent to Plaintiff's serious medical needs by discontinuing his pain medications only. (*Id*. at 2.)

Because the discovery deadline and dispositive motion deadlines previously set in this action were vacated by this Court's January 2, 2025, order (*see* Doc. 45 at 3), the Court will reset those deadlines.

## II.   CONCLUSION AND ORDER

Accordingly, this Court **HEREBY MODIFIES** the Discovery and Scheduling Order as follows:

1. The Discovery Deadline is reset to **September 29, 2025**; and
2. The Dispositive Motion Deadline is reset to **December 1, 2025**.

IT IS SO ORDERED.

Dated:   **July 29, 2025**

UNITED STATES MAGISTRATE JUDGE

2