UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES MASQUEDA SERRANO,<br>Plaintiff,<br>v.<br>R. RUDAS,<br>Defendant. | No. 1:22-cv-00950-KES-BAM (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br>Doc. 55, 64 |

Andres Masqueda Serrano asserts that Dr. R. Rudas acted with deliberate indifference to his serious medical needs in violation of the Eighth Amendment by discontinuing his opioid pain medication. Dr. Rudas moved for summary judgment asserting that he did not violate Serrano's Eighth Amendment rights and that he is entitled to qualified immunity. Doc. 55. Serrano opposed the motion. Doc. 62.

The magistrate judge issued findings and recommendations, recommending that Dr. Rudas's motion for summary judgment be granted. Doc. 64. The magistrate judge determined the undisputed evidence demonstrated that Dr. Rudas was not deliberately indifferent to a serious medical need of Serrano. *Id.* at 23-25. Given this determination, the magistrate judge found it unnecessary to reach Dr. Rudas's assertion of qualified immunity. *Id.* at 25.

On August 26, 2026, the court served the findings and recommendations on Serrano and informed him that any objections were due within 14 days. Doc. 64 at 25. The court also advised

him that a failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 722 F.3d 834, 838-39 (9th Cir. 2014)). Serrano filed untimely objections, which his proof of service indicates he served on September 13, 2026. Doc. 65 at 8. Serrano's objections essentially restate his arguments disputing Dr. Rudas's medical assessments and prescription decisions. But, as the findings and recommendations correctly note, Serrano's arguments are based on his difference of medical opinion with Dr. Rudas concerning the type of pain medication to be prescribed for Serrano, and the undisputed evidence established that Dr. Rudas's course of treatment was medically acceptable and evidenced appropriate medical judgment.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on August 26, 2026 (Doc. 64) are ADOPTED in full.
2. Defendant's motion for summary judgment (Doc. 55) is GRANTED.
3. The Clerk of the Court is directed to enter judgment in favor of defendant Rudas and against plaintiff Serrano, and to close this case.

IT IS SO ORDERED.

Dated: September 23, 2026

UNITED STATES DISTRICT JUDGE